MICHAEL R.W. HOUSTON, CITY ATTORNEY
MOSES W. JOHNSON, IV (SBN 118769)
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants CITY OF ANAHEIM, CITY OF ANAHEIM erroneously sued as ANAHEIM POLICE DEPARTMENT; RONALD LEDESMA AND BRIAN BONCZIEWICZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MOORER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; RONALD LEDESMA; BRIAN BONCZIEWICZ and DOES 1-10,<br><br>Defendants. | Case No.:SACV 15-01811 CJC (JCGx)<br><br>**PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION**<br><br>Action Filed: November 5, 2015<br>Trial Date: None set |

The parties have stipulated to a protective order regarding confidential information and seek to have a protective order entered by the Court based on that stipulation. A copy of the stipulation is attached as Exhibit A. It appearing that the information is confidential and good cause appearing therefor, the following Protective Order shall apply to any Documents produced by Defendants to Plaintiff's counsel in this action:

1. Attorneys for the Plaintiff shall receive from the Defendants a copy of the Internal Affairs investigation and administrative files and police reports in connection with the arrest of Plaintiff and the administrative investigation of the incident involving the Officer Defendants ("File").

///

2. Attorneys for the Plaintiff shall personally secure and maintain the File in their possession to the end that the File is to be used only for the purposes set forth below and for no other purpose.

3. Plaintiff's counsel's copy of the investigation File shall only be used for preparing for and prosecuting this case pending the completion of the judicial process including appeal, if any. No copies of the File shall be made.

4. If necessary in the judgment of the attorneys for the Plaintiff in this case, they may show or reveal the contents of the File to their experts and/or investigators, if the same may actively assist in the prosecution of this case.

5. After completion of the judicial process in this case, any information ordered disclosed shall be returned to the attorney for the Defendants or destroyed. The attorneys for Plaintiff shall be required to file an affidavit under penalty of perjury that all copies and notes from the File have in fact been returned or destroyed, and that no copy of such File has been retained in any form.

6. Attorneys for the Plaintiff shall cause the substance of this order to be communicated to each person to whom the File is revealed in accordance with this order and prior to disclosure of the Confidential Information, have such person execute a written Understanding and Agreement to be bound by this Stipulation for Protective Order in the form attached hereto as Exhibit 1.

7. The attorneys for the Plaintiff shall not cause or knowingly permit disclosure of the contents of the File beyond the disclosure permitted under the terms and conditions of this order, including but not limited to any news media which is inclusive of film or video, television, radio or print.

IT IS SO ORDERED:

Dated: April 12, 2016

HON. JAY C. GANDHI
United States Magistrate Judge

| | |
|---|---|
| 1 | <u>EXHIBIT 1</u> |
| 2 | UNDERSTANDING AND AGREEMENT |
| 3 | PURSUANT TO PROTECTIVE ORDER |

    I have read the Stipulation and Protective Order in LAMAR MOORER v. CITY OF ANAHEIM et al., Case No. SACV 15-01811 CJC (KESx), now pending in the United States District Court. I understand the Stipulation and agree to be bound by its terms.

DATED:_____

By: _____
      SIGNATURE

_____
PRINT NAME

_____
ADDRESS

_____
CITY, STATE, ZIP

116388v1